**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR THE COUNTY OF MULTNOMAH**

|  |  |
|---|---|
| **PAMELA GALE SHELDON,**<br>Individually and as Personal Representative of<br>the Estate of **BILL JACK SHELDON,**<br><br>Plaintiff,<br><br>v.<br><br>**CLEAVER-BROOKS, INC.,**<br>f/k/a AQUA-CHEM, INC. d/b/a<br>CLEAVER-BROOKS DIVISION<br>**KOGAP ENTERPRISES INC.**<br>f/k/a KOGAP MANUFACTURING CO.;<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR WRONGFUL<br>DEATH AND SURVIVORSHIP<br>(STRICT LIABILITY;<br>NEGLIGENCE; AND LOSS OF<br>CONSORTIUM)**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**CLAIM NOT SUBJECT TO<br>MANDATORY ARBITRATION**<br><br>**Prayer Amount: $10,000,000**<br><br>**ORS 21.160(1)(e)** |

1.

Plaintiff alleges at all material times:

    a)      Defendant, **CLEAVER-BROOKS, INC.** (*f/k/a* AQUA-CHEM, INC. *d/b/a*

Cleaver-Brooks Division), was and is a Delaware corporation, not registered to do

PLAINTIFF'S ORIGINAL COMPLAINT - PAGE 1

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 1 of 32

1  business in the State of Oregon, with its principal place of business in Thomasville,

2  Georgia. At all times material hereto, CLEAVER-BROOKS, INC. was engaged

3  in either the mined, manufactured, processed, imported, converted, compounded,

4  supplied, installed, replaced, repaired, used, and/or retailed asbestos and/or

5  asbestos-containing products, materials, or equipment, including, but not limited

6  to, asbestos-containing Cleaver-Brooks boilers.  CLEAVER-BROOKS, INC. is

7  sued as a Product Defendant. Plaintiff's claims against CLEAVER-BROOKS,

8  INC. arise out of this Defendant's business activities in the State of Oregon.

9  b)  Defendant **KOGAP ENTERPRISES INC.** (*f/k/a* KOGAP Manufacturing Co.),

10  was and is an Oregon corporation with its principal place of business in Oregon. At

11  all times material hereto, KOGAP ENTERPRISES INC. owned and/or controlled

12  premises at which Decedent Bill Jack Sheldon was exposed to asbestos-

13  containing products, equipment, and asbestos dust from products and equipment

14  at facilities, including but not limited to, the KOGAP-owned lumber mill facility

15  f/k/a the KOGAP Plywood/Veneer Mill in Medford, Oregon.

16  2.

17  Plaintiff, Pamela Gale Sheldon, is the duly appointed Personal Representative of the

18  Estate of Bill Jack Sheldon (deceased), and a resident of the US Virgin Islands. Decedent Bill

19  Jack Sheldon was diagnosed with mesothelioma, a cancer of the lining of the lungs caused by

20  exposure to asbestos.

21  3.

22  At all material times:

23

**PLAINTIFF'S ORIGINAL COMPLAINT - PAGE 2**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 2 of 32

1    The Defendants manufactured, sold, and/or distributed asbestos, asbestos-containing

2    products and/or materials for use in Oregon.  At all times relevant to this action, the Defendants

3    and the predecessors of the Defendants for whose actions the Defendants are legally responsible,

4    were engaged in the manufacture, sale, and distribution of asbestos-containing products,

5    material, and/or raw material. ORCP 4D(2)

6                                                    4.

7    At all times relevant to this action, Defendants conducted regular and sustained business

8    activities in the State of Oregon out of which the claims for relief arose. ORCP 4A(4)

9                                                    5.

10    Decedent BILL JACK SHELDON died from mesothelioma on July 24, 2018.  This

11    complaint is filed within the applicable statute of limitations.

12                                                    6.

13    Decedent BILL JACK SHELDON was exposed to asbestos-containing products and

14    equipment containing asbestos materials which was manufactured, supplied, distributed and/or

15    specified by Defendants.  Decedent BILL JACK SHELDON was exposed to airborne asbestos

16    fibers, both directly working with asbestos and asbestos-containing materials and by working in

17    the vicinity of other workers handling asbestos products from approximately 1972 to 1994 (See

18    Exhibit A). From 1972 to 1994, Decedent worked as a core feeder on the Layup Line at the

19    KOGAP Plywood/Veneer Mill in Medford, Oregon.  This involved working with and around hot

20    presses, cold presses, rollers, conveyors and heating equipment exposing him to dust from

21    asbestos-containing products.

22                                   **FIRST CLAIM FOR RELIEF**

23

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 3 of 32

**(Strict Liability)**

7.

Plaintiff re-alleges paragraphs 1-6.

8.

The asbestos fibers, asbestos-containing products, and equipment utilizing asbestos-containing products of the defendants were unreasonably dangerous and defective in that:

    a)    Defendants did not provide sufficient warnings and/or instructions about harm caused by exposure to Defendants' asbestos fibers, asbestos-containing products and equipment utilizing asbestos-containing products;

    b)    The asbestos fibers in the asbestos-containing products and equipment utilizing asbestos-containing products of Defendants were capable of causing mesothelioma when inhaled by individuals, including Decedent BILL JACK SHELDON, making them unreasonably dangerous to the ordinary consumer; and

    c)    Individuals, including Decedent BILL JACK SHELDON, who came into contact with asbestos fibers, were not advised to utilize proper respiratory protection when exposed to airborne asbestos fibers within their working environment.

9.

As a result of Decedent's exposure to the unreasonably dangerous and defective asbestos-containing products manufactured, distributed, sold, installed, applied or containing the Defendants' asbestos fiber, Decedent contracted mesothelioma, from which he died. Decedent's Estate suffered non-economic damages for the loss of society and companionship, grief, anguish, and for the conscious pain and suffering sustained by the Decedent prior to his death, to the Decedent's Estate's non-economic damage in the amount of $9,000,000.

**PLAINTIFF'S ORIGINAL COMPLAINT - PAGE 4**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 4 of 32

1

10.

2       As a result of Decedent's exposure to the unreasonably dangerous and defective asbestos-

3   containing products manufactured, supplied, distributed, sold, installed, applied or containing the

4   Defendants' asbestos fiber, Decedent contracted mesothelioma, from which he died. Decedent's

5   Estate has suffered economic damages for medical bills, funeral and burial expenses, and lost

6   earning capacity in the amount of $1,000,000.

7

11.

8       As a result of Decedent's exposure to the unreasonably dangerous and defective asbestos-

9   containing products manufactured, distributed, sold, installed, applied or containing asbestos

10  fiber, Decedent contracted mesothelioma, from which he died. Decedent's Estate suffered non-

11  economic damages for the loss of society and companionship, grief, anguish, and for the

12  conscious pain and suffering sustained by the Decedent prior to his death, to the Decedent's

13  Estate's non-economic damage in the amount of $9,000,000.

14

12.

15      As a result of Decedent's exposure to the unreasonably dangerous and defective asbestos-

16  containing products manufactured, distributed, sold, installed, applied or containing the

17  Defendants' asbestos fiber, Decedent contracted mesothelioma, from which he died. Decedent's

18  Estate has suffered economic damages for medical bills, funeral and burial expenses, and lost

19  earning capacity in the amount of $1,000,000.

20

## SECOND CLAIM FOR RELIEF

21

**(Negligence)**

22

13.

23

PLAINTIFF'S ORIGINAL COMPLAINT - PAGE 5

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 5 of 32

Plaintiff re-alleges paragraphs 1-12.

14.

Defendants were negligent generally and in one or more of the following particulars:

a)     Defendants did not provide sufficient or adequate warnings and/or instructions of the harm caused by exposure to Defendants' asbestos-containing products and equipment utilizing asbestos-containing products.  Defendants, prior to the period of Decedent's exposure to asbestos, possessed information concerning the adverse effects and disease-producing capabilities of those products and equipment;

b)     Defendants failed to withdraw asbestos-containing products and equipment utilizing asbestos-containing products from the market prior Decedent's exposure, when Defendants possessed information concerning the adverse effects and disease-producing capabilities of those products and equipment;

c)     Defendants failed to determine the level of airborne asbestos fibers emitted by their products and equipment when the products and equipment were being used by the end user;

d)     Defendants failed to conduct tests to determine the amount of asbestos to which Decedent BILL JACK SHELDON, or similarly situated workers, would be exposed, when workers engaged in the use of these products and equipment; and

e)     Defendants failed to warn individual workers, including Decedent, regarding the hazards associated with the use of their asbestos-containing products and equipment utilizing asbestos-containing products.

15.

PLAINTIFF'S ORIGINAL COMPLAINT - Page 6

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 6 of 32

1    As a result of Defendants' negligence as set forth above, Decedent contracted

2  mesothelioma, from which he died. Decedent's Estate suffered non-economic damages for the

3  loss of society and companionship, grief, anguish, and for the conscious pain and suffering

4  sustained by the Decedent prior to his death, to the Decedent's Estate's non-economic damage

5  in the amount of $9,000,000.

6                                         16.

7    As a result of Defendants' negligence as set forth above, Decedent contracted

8  mesothelioma, from which he died.  Decedent's Estate has suffered economic damages for

9  medical bills, funeral and burial expenses, and lost earning capacity in the amount of

10  $1,000,000.

11                                         17.

12    Plaintiff demands a jury trial.

13    **WHEREFORE**, Plaintiff prays for judgment as follows:

14    **FIRST CLAIM FOR RELIEF (Strict Liability)**:

15    1.    Non-economic damages in an amount to be ascertained at trial but not to exceed

16  $9,000,000.

17    2.    Economic damages in an amount to be ascertained at trial but not to exceed

18  $1,000,000.

19    3.    Plaintiff's costs and disbursements incurred herein.

20    4.    Any other costs this court deems equitable.

21    **SECOND CLAIM FOR RELIEF (Negligence)**:

22    1.    Non-economic damages in an amount to be ascertained at trial but not to exceed

23  $9,000,000.

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 7 of 32

2.    Economic damages in an amount to be ascertained at trial but not to exceed $1,000,000.

3.    Plaintiff's costs and disbursements incurred herein.

4.    Any other costs this court deems equitable.


**DATED**: July 30, 2019.

                              **LAW OFFICE OF JEFFREY S. MUTNICK**

                              Jeffrey S. Mutnick, OSB No. 721784
                              *Of Attorneys for Plaintiff*
                              737 SW Vista Avenue
                              Portland, OR 97205
                              T: 503-595-1033
                              F: 503-224-9430
                              Email: jmutnick@mutnicklaw.com

                              and

                              **DEAN OMAR BRANHAM SHIRLEY, LLP**
                              302 N. Market Street, Suite 300
                              Dallas, Texas 75202
                              T: 214-722-5990
                              F: 214-722-5991
                              Jessica M. Dean, CSB No. 260598
                              (To Be Admitted *Pro Hac Vice*)
                              Email: jdean@dobslegal.com
                              Benjamin H. Adams, CSB No. 272909
                              (To Be Admitted *Pro Hac Vice*)
                              Email: badams@dobsleal.com

EXHIBIT 1
Page 8 of 32

1

2

3

4

5

6

7                    **IN THE CIRCUIT COURT OF THE STATE OF OREGON**

8                           **FOR THE COUNTY OF MULTNOMAH**

9

| | |
|---|---|
| **PAMELA GALE SHELDON,** Individually and as Personal Representative of the Estate of **BILL JACK SHELDON,** | **Case No. 19CV33669** |
| Plaintiff, | **FIRST AMENDED COMPLAINT FOR WRONGFUL DEATH AND SURVIVORSHIP (STRICT LIABILITY; NEGLIGENCE; AND LOSS OF CONSORTIUM)** |
| v. | |
| **CLEAVER-BROOKS, INC.,** f/k/a AQUA-CHEM, INC. d/b/a CLEAVER-BROOKS DIVISION **KOGAP ENTERPRISES INC.** f/k/a KOGAP MANUFACTURING CO.; | **DEMAND FOR JURY TRIAL** **CLAIM NOT SUBJECT TO MANDATORY ARBITRATION** |
| Defendants. | **Prayer Amount: $10,000,000** |
| | **ORS 21.160(1)(e)** |

19

20                                    1.

21      Plaintiff alleges at all material times:

22          a)      Defendant, **CLEAVER-BROOKS, INC.** (*f/k/a* AQUA-CHEM, INC. *d/b/a*

23              Cleaver-Brooks Division), was and is a Delaware corporation, not registered to do

**PLAINTIFF'S FIRST AMENDED COMPLAINT - PAGE 1**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 9 of 32

1  business in the State of Oregon, with its principal place of business in Thomasville,

2  Georgia. At all times material hereto, CLEAVER-BROOKS, INC. was engaged

3  in either the mined, manufactured, processed, imported, converted, compounded,

4  supplied, installed, replaced, repaired, used, and/or retailed asbestos and/or

5  asbestos-containing products, materials, or equipment, including, but not limited

6  to, asbestos-containing Cleaver-Brooks boilers.  CLEAVER-BROOKS, INC. is

7  sued as a Product Defendant. Plaintiff's claims against CLEAVER-BROOKS,

8  INC. arise out of this Defendant's business activities in the State of Oregon.

9  b)  Defendant **KOGAP ENTERPRISES INC.** (*f/k/a* KOGAP Manufacturing Co.),

10  was and is an Oregon corporation with its principal place of business in Oregon. At

11  all times material hereto, KOGAP ENTERPRISES INC. owned and/or controlled

12  premises at which Decedent Bill Jack Sheldon was exposed to asbestos-

13  containing products, equipment, and asbestos dust from products and equipment

14  at facilities, including but not limited to, the KOGAP-owned lumber mill facility

15  f/k/a the KOGAP Plywood/Veneer Mill in Medford, Oregon.

16  2.

17  Plaintiff, Pamela Gale Sheldon, is the duly appointed Personal Representative of the

18  Estate of Bill Jack Sheldon (deceased), and a resident of the US Virgin Islands. Decedent Bill

19  Jack Sheldon was diagnosed with mesothelioma, a cancer of the lining of the lungs caused by

20  exposure to asbestos.

21  3.

22  At all material times:

23

**PLAINTIFF'S FIRST AMENDED COMPLAINT - PAGE 2**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 10 of 32

1     The Defendants manufactured, sold, and/or distributed asbestos, asbestos-containing

2    products and/or materials for use in Oregon.  At all times relevant to this action, the Defendants

3    and the predecessors of the Defendants for whose actions the Defendants are legally responsible,

4    were engaged in the manufacture, sale, and distribution of asbestos-containing products,

5    material, and/or raw material. ORCP 4D(2)

6                                                      4.

7     At all times relevant to this action, Defendants conducted regular and sustained business

8    activities in the State of Oregon out of which the claims for relief arose. ORCP 4A(4)

9                                                      5.

10    Decedent BILL JACK SHELDON died from mesothelioma on July 24, 2018.  This

11    complaint is filed within the applicable statute of limitations.

12                                                    6.

13    Decedent BILL JACK SHELDON was exposed to asbestos-containing products and

14    equipment containing asbestos materials which was manufactured, supplied, distributed and/or

15    specified by Defendants.  Decedent BILL JACK SHELDON was exposed to airborne asbestos

16    fibers, both directly working with asbestos and asbestos-containing materials and by working in

17    the vicinity of other workers handling asbestos products from approximately 1972 to 1994 (See

18    Exhibit A). From 1972 to 1994, Decedent worked as a core feeder on the Layup Line at the

19    KOGAP Plywood/Veneer Mill in Medford, Oregon.  This involved working with and around hot

20    presses, cold presses, rollers, conveyors and heating equipment exposing him to dust from

21    asbestos-containing products.

22                           **FIRST CLAIM FOR RELIEF**

23

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 11 of 32

**(Strict Liability)**

7.

Plaintiff re-alleges paragraphs 1-6.

8.

The asbestos fibers, asbestos-containing products, and equipment utilizing asbestos-containing products of the defendants were unreasonably dangerous and defective in that:

a)    Defendants did not provide sufficient warnings and/or instructions about harm caused by exposure to Defendants' asbestos fibers, asbestos-containing products and equipment utilizing asbestos-containing products;

b)    The asbestos fibers in the asbestos-containing products and equipment utilizing asbestos-containing products of Defendants were capable of causing mesothelioma when inhaled by individuals, including Decedent BILL JACK SHELDON, making them unreasonably dangerous to the ordinary consumer; and

c)    Individuals, including Decedent BILL JACK SHELDON, who came into contact with asbestos fibers, were not advised to utilize proper respiratory protection when exposed to airborne asbestos fibers within their working environment.

9.

As a result of Decedent's exposure to the unreasonably dangerous and defective asbestos-containing products manufactured, distributed, sold, installed, applied or containing the Defendants' asbestos fiber, Decedent contracted mesothelioma, from which he died. Decedent's Estate suffered non-economic damages for the loss of society and companionship, grief, anguish, and for the conscious pain and suffering sustained by the Decedent prior to his death, to the Decedent's Estate's non-economic damage in the amount of $9,000,000.

**PLAINTIFF'S FIRST AMENDED COMPLAINT - PAGE 4**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 12 of 32

10.

As a result of Decedent's exposure to the unreasonably dangerous and defective asbestos-containing products manufactured, supplied, distributed, sold, installed, applied or containing the Defendants' asbestos fiber, Decedent contracted mesothelioma, from which he died. Decedent's Estate has suffered economic damages for medical bills, funeral and burial expenses, and lost earning capacity in the amount of $1,000,000.

11.

As a result of Decedent's exposure to the unreasonably dangerous and defective asbestos-containing products manufactured, distributed, sold, installed, applied or containing asbestos fiber, Decedent contracted mesothelioma, from which he died. Decedent's Estate suffered non-economic damages for the loss of society and companionship, grief, anguish, and for the conscious pain and suffering sustained by the Decedent prior to his death, to the Decedent's Estate's non-economic damage in the amount of $9,000,000.

12.

As a result of Decedent's exposure to the unreasonably dangerous and defective asbestos-containing products manufactured, distributed, sold, installed, applied or containing the Defendants' asbestos fiber, Decedent contracted mesothelioma, from which he died. Decedent's Estate has suffered economic damages for medical bills, funeral and burial expenses, and lost earning capacity in the amount of $1,000,000.

## **SECOND CLAIM FOR RELIEF**

### **(Negligence)**

13.

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 13 of 32

1    Plaintiff re-alleges paragraphs 1-12.

2                                          14.

3    Defendants were negligent generally and in one or more of the following particulars:

4    a)    Defendants did not provide sufficient or adequate warnings and/or instructions of

5          the harm caused by exposure to Defendants' asbestos-containing products and

6          equipment utilizing asbestos-containing products. Defendants, prior to the period

7          of Decedent's exposure to asbestos, possessed information concerning the adverse

8          effects and disease-producing capabilities of those products and equipment;

9    b)    Defendants failed to withdraw asbestos-containing products and equipment

10          utilizing asbestos-containing products from the market prior Decedent's exposure,

11          when Defendants possessed information concerning the adverse effects and

12          disease-producing capabilities of those products and equipment;

13   c)    Defendants failed to determine the level of airborne asbestos fibers emitted by

14          their products and equipment when the products and equipment were being used

15          by the end user;

16   d)    Defendants failed to conduct tests to determine the amount of asbestos to which

17          Decedent BILL JACK SHELDON, or similarly situated workers, would be

18          exposed, when workers engaged in the use of these products and equipment; and

19   e)    Defendants failed to warn individual workers, including Decedent, regarding the

20          hazards associated with the use of their asbestos-containing products and

21          equipment utilizing asbestos-containing products.

22                                          15.

23

**PLAINTIFF'S FIRST AMENDED COMPLAINT - PAGE 6**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 14 of 32

1    As a result of Defendants' negligence as set forth above, Decedent contracted

2  mesothelioma, from which he died. Decedent's Estate suffered non-economic damages for the

3  loss of society and companionship, grief, anguish, and for the conscious pain and suffering

4  sustained by the Decedent prior to his death, to the Decedent's Estate's non-economic damage

5  in the amount of $9,000,000.

6                                    16.

7    As a result of Defendants' negligence as set forth above, Decedent contracted

8  mesothelioma, from which he died.  Decedent's Estate has suffered economic damages for

9  medical bills, funeral and burial expenses, and lost earning capacity in the amount of

10  $1,000,000.

11                                    17.

12    Plaintiff demands a jury trial.

13    **WHEREFORE**, Plaintiff prays for judgment as follows:

14    **FIRST CLAIM FOR RELIEF (Strict Liability):**

15    1.    Non-economic damages in an amount to be ascertained at trial but not to exceed

16  $9,000,000.

17    2.    Economic damages in an amount to be ascertained at trial but not to exceed

18  $1,000,000.

19    3.    Plaintiff's costs and disbursements incurred herein.

20    4.    Any other costs this court deems equitable.

21    **SECOND CLAIM FOR RELIEF (Negligence):**

22    1.    Non-economic damages in an amount to be ascertained at trial but not to exceed

23  $9,000,000.

**PLAINTIFF'S FIRST AMENDED COMPLAINT - PAGE 7**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 15 of 32

1    2.    Economic damages in an amount to be ascertained at trial but not to exceed

2  $1,000,000.

3    3.    Plaintiff's costs and disbursements incurred herein.

4    4.    Any other costs this court deems equitable.

5

    **DATED**: August 2019.

6

7                          **LAW OFFICE OF JEFFREY S. MUTNICK**

8

9                          Jeffrey S. Mutnick, OSB No. 721784
                           *Of Attorneys for Plaintiff*
10                         737 SW Vista Avenue
                           Portland, OR 97205
11                         T: 503-595-1033
                           F: 503-224-9430
12                         Email: jmutnick@mutnicklaw.com

13                         and

14                         **DEAN OMAR BRANHAM SHIRLEY, LLP**
                           302 N. Market Street, Suite 300
15                         Dallas, Texas 75202
                           T: 214-722-5990
16                         F: 214-722-5991
                           Jessica M. Dean, CSB No. 260598
17                         (To Be Admitted *Pro Hac Vice*)
                           Email: jdean@dobslegal.com
18                         Benjamin H. Adams, CSB No. 272909
                           (To Be Admitted *Pro Hac Vice*)
19                         Email: badams@dobsleal.com

20

21

22

23

**PLAINTIFF'S FIRST AMENDED COMPLAINT - PAGE 8**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 16 of 32

## EXHIBIT A
## Bill Jack Sheldon

Upon information and belief, Plaintiff's Exhibit A contains the following employers, locations and products. Plaintiff's discovery is ongoing, and Exhibit A may not be all inclusive.

| Employer | Location of Exposure | Asbestos-Containing Products & Equipment | Manufacturers, Distributors and Suppliers | Job Title | Exposure Dates |
|---|---|---|---|---|---|
| **KOPAK Enterprises Inc.** | Medford, OR | various, including but not necessarily limited to:<br><br>hot presses, cold presses, rollers, conveyors, heating equipment and insulation. | various, including but not necessarily limited to:<br><br>KOGAP Plywood/Veneer Mill<br><br>Cleaver-Brooks boilers | Core Feeder | Approximately 1972 to 1994 |

EXHIBIT A – Page Solo

EXHIBIT 1
Page 17 of 32

1

## CERTIFICATE OF SERVICE

2

3    I hereby certify that on August 27, 2019, I served the foregoing **First Amended**

4    **Complaint** to the following via e-mail or as otherwise indicated:

5

| | |
|---|---|
| *E-Mail: aeraut@rizzopc.com*<br>*E-Mail: asbestos@rizzopc.com*<br><br>Allen Eraut<br>Rizzo Mattingly & Bosworth PC<br>Attorneys at Law<br>1300 SW Sixth Ave, Suite 330<br>Portland, OR 97201<br><br>*Of Attorneys for Cleaver Brooks, Inc.* | E-Mail:ceb@roguelaw.com<br><br>Charles E. Bolen<br>Hornecker Cowling<br>14 North Central Ave., Ste. 104<br>Medford, OR 97501<br><br>*Of Attorneys for Kogap Enterprises Inc.* |

11

12

13                    LAW OFFICES OF JEFFREY S. MUTNICK

14

15                    Brian Yarne
                       *Legal Assistant to*
16                    Jeffrey S. Mutnick, OSB #721784
                       Of Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

**Page 1 – CERTIFICATE OF SERVICE**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
503 595-1033; 503 224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 18 of 32

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA GALE SHELDON, et al.,

        Plaintiff,

    vs.

CLEAVER-BROOKS, INC. fka AQUA-CHEM,
INC. dba CLEAVER-BROOKS DIVISION, et
al.,

        Defendant.

_____/

Case No. **19CV33669**

CERTIFICATE OF SERVICE

STATE OF DELAWARE
County of New Castle        ss.

I, McKenna Touey, hereby certify that I am a competent person 18 years of age or older, a
resident of the State of Delaware and that I am not a party to nor an attorney for any party in
the within named action; that I made service of a true copy of:

*Summons and Complaint for Wrongful Death and Survivorship (Strict Liability; Negligence;
and Loss of Consortium)*

CORPORATE SERVICE - Pursuant to ORCP 7D(3):

Upon **CLEAVER-BROOKS, INC. fka AQUA-CHEM, INC. dba CLEAVER-BROOKS
DIVISION**, by personal service upon Lynanne Gares, the clerk on duty in the office of the
registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE
19808 on August 09, 2019 at 2:30 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this ___12___ day of ___August___ ,20_19_.

X_____

McKenna Touey
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*345972*

EXHIBIT 1
Page 19 of 32

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA GALE SHELDON, et al.,

        Plaintiff,

vs.

CLEAVER-BROOKS, INC. fka AQUA-CHEM, INC. dba CLEAVER-BROOKS DIVISION, et al.,

        Defendant.

_____/

Case No. **19CV33669**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Jackson      ss.

I, Kristeen Martin, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint for Wrongful Death and Survivorship (Strict Liability; Negligence; and Loss of Consortium)*

CORPORATE SERVICE:

Upon **KOGAP ENTERPRISES INC. fka KOGAP MANUFACTURING CO.** , by delivering such true copy, personally and in person, to Marvin Hackwell, who is the Registered Agent thereof, at 115 Stewart Ave, Suite 202, Medford, OR 97501 on August 12, 2019 at 10:20 AM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this __13__ day of __August__ ,20 __19__.

X_____
Kristeen Martin
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*345973*

EXHIBIT 1
Page 20 of 32

1
2
3
4
5

**IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH**

6

**PAMELA GALE SHELDON,**
Individually and as Personal Representative of
the Estate of **BILL JACK SHELDON,**

7

Plaintiff,

8
9

v.

10

**CLEAVER-BROOKS, INC.,**
f/k/a AQUA-CHEM, INC. d/b/a
CLEAVER-BROOKS DIVISION
**KOGAP ENTERPRISES INC.**
f/k/a KOGAP MANUFACTURING CO.;

11
12
13

Defendants.

14

CASE NO. 19CV33669

**PLAINTIFFS' MOTION TO ADMIT
OUT-OF-STATE COUNSEL,
JESSICA DEAN, PRO HAC VICE**

15
16
17
18
19

Pursuant to UTCR 3.170, Attorneys for Plaintiff Pamela Gale Sheldon, Individually and as Personal Representative of the Estate of Bill Jack Sheldon, by and through her local counsel, Jeffrey S. Mutnick, of Law Office of Jeffrey S. Mutnick, 737 SW Vista Avenue, Portland, OR 97205, moves the Court for an order admitting Jessica Dean of Dean Omar Branham & Shirley, 302 N.Market St., Suite 300, Dallas, Texas 75202 in this matter.

20

\\\

21

\\\

22
23

**PLAINTIFF'S MOTIONL TO ADMIT
OUT-OF-STATE COUNSEL, JESSICA DEAN,
PRO HAC VICE- PAGE 1**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 21 of 32

1

2      This motion is supported by the attached fully executed Certificate of Compliance for Pro

3  Hac Vice Admission.

4

5      **DATED**: August 22, 2019.

6                                      **LAW OFFICE OF JEFFREY S. MUTNICK**

7

8                                      Jeffrey S. Mutnick, OSB No. 721784
                                       *Of Attorneys for Plaintiff*
9                                      737 SW Vista Avenue
                                       Portland, OR 97205
10                                     T: 503-595-1033
                                       F: 503-224-9430
11                                     Email: jmutnick@mutnicklaw.com

12

13

14

15

16

17

18

19

20

21

22

23

PLAINTIFF'S MOTIONL TO ADMIT
OUT-OF-STATE COUNSEL, JESSICA DEAN,
PRO HAC VICE- PAGE 2

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 22 of 32

RECEIVED

AUG 13 2019

REGULATORY SERVICES

In re: Jessica M. Dean _____ )

**Name of Out-of-State Attorney** )

**Certificate of Compliance**
**For *Pro Hac Vice* Admission**

I, Jessica M. Dean _____ (print name), am an attorney in the State of Texas

and I intend to seek *pro hac vice* admission in accordance with ORS 9.241 and UTCR 3.170 in the following Oregon court action or proceeding:

**Case Name:** Pamela Gale Sheldon, Individually and as Personal Representative of the Estate of Bill Jack Sheldon v. Cleaver Brooks, Inc., et al

**Court:** Circuit Court of Multnomah County          **Case No.:** 19CV33669

I certify that (check all that apply):

☑ I am an attorney in good standing in the State of Texas _____, as evidenced by the attached good standing certificate issued by the licensing authority in that state.

  ☑ I am not subject to any pending disciplinary proceedings in any jurisdiction; **or**

  ☐ I am subject to pending disciplinary proceedings in another jurisdiction, the nature and status of which are described in an attachment to this certificate.

☑ I intend to associate in the above-referenced action or proceeding with Jeffrey Mutnick _____, OSB No. 721784 _____, an active member in good standing of the Oregon State Bar, who will participate meaningfully in the matter.

☑ I will comply with applicable statutes, laws, and procedural rules of the State of Oregon; be familiar with and comply with disciplinary rules of the Oregon State Bar; and submit to the jurisdiction of the Oregon courts and Oregon State Bar with respect to acts and omissions occurring during my *pro hac vice* admission.

☑ My private law practice activities in Oregon are covered by professional liability insurance substantially equivalent to the Oregon State Bar Professional Liability Fund plan, as evidenced by the attached certificate of insurance coverage.

☑ I agree, as a continuing obligation of *pro hac vice* admission, to notify the trial court promptly of any changes in my insurance coverage, or my admission or disciplinary status in any other jurisdiction.

☑ I will provide to the Oregon State Bar a copy of the order admitting me *pro hac vice* in the above-referenced matter when such an order is granted. In the event *pro hac vice* admission is revoked for any reason, I will promptly notify the Oregon State Bar.

☑ I submit $500 to the Oregon State Bar as payment of the *pro hac vice* fee established by ORS 9.241 and the rules of the Oregon Supreme Court. I acknowledge that this fee is for a period of twelve months from the date of the Acknowledgment of Receipt issued below, and that an additional fee of $500 will be required in order for me to continue my *pro hac vice* admission in the matter for every twelve-month period thereafter.

Dated this ___9th___ day of August _____, 20 19 .

**X** _____
    (Applicant Signature)

Texas _____ Bar No.: 24040777
(Home Jurisdiction)

Mailing Address: Dean Omar Branham & Shirley
      302 N. Market Street, Suite 300
      Dallas, Texas 75202

Phone: 214-722-5990
FAX:  214-722-5991
Email: jdean@dobslegal.com

_____

### Acknowledgment of Receipt

As Director of Regulatory Services of the Oregon State Bar, I acknowledge receipt from the above-named out-of-state attorney of the Certificate of Compliance for Pro Hac Vice Admission and attachments, and the $500 fee for pro hac vice appearance in the above-referenced Oregon action or proceeding. The fee is for a period of twelve months from the date of this acknowledgment.

Dated this __13th__ day of August _____, 20 19 .

☑ SEE MATERIALS ATTACHED:

Dawn Evans, Director of Regulatory Services

Note that the professional liability coverage deductible substantially exceeds that of the PLF.

Oregon State Bar Regulatory Services, PO Box 231935, Tigard, OR 97281-1935

EXHIBIT 1
Page 23 of 32

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 06, 2019

Re: Ms. Jessica Michelle Dean, State Bar Number 24040777

To Whom It May Concern:

This is to certify that Ms. Jessica Michelle Dean was licensed to practice law in Texas on November 06, 2003, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web





# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
4/22/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Sundee Kelly | | |
|---|---|---|---|
| IMA Select LLC<br>6200 LBJ Freeway<br>Suite 200<br>Dallas TX 75240 | PHONE (A/C, No, Ext): 972-759-3727 | | FAX (A/C, No): 972-458-8755 |
| | E-MAIL ADDRESS: sundee.kelly@imacorp.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Allied World Insurance Company | | 22730 |
| INSURED                    DEANOMA-01<br>DOBS Legal, LLP dba Dean Omar Branham Shirley, LLP<br>302 N Market St, Ste 300<br>Dallas TX 75202 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES     CERTIFICATE NUMBER: 1183131470     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | Y/N N/A | | | | | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Lawyers Professional | | | 03088172 | 2/1/2019 | 2/1/2020 | Per Claim<br>Aggregate<br>Retention | 5,000,000<br>5,000,000<br>50,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Oregon State Bar<br>P. O. Box 231935<br>Tigard OR 97281-1935 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Britt Messer* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)     The ACORD name and logo are registered marks of ACORD

EXHIBIT 1
Page 25 of 32

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, I served the foregoing **Motion and Proposed Order to admit out-of-state counsel, Jessica Dean, Pro Hac Vice** to the following via e-mail or as otherwise indicated:

| | |
|---|---|
| *E-Mail: aeraut@rizzopc.com*<br>*E-Mail: asbestos@rizzopc.com*<br>Allen Eraut<br>Rizzo Mattingly & Bosworth PC<br>Attorneys at Law<br>1300 SW Sixth Ave, Suite 330<br>Portland, OR 97201<br><br>*Of Attorneys for Cleaver Brooks, Inc.* | VIA US MAIL Only<br><br>Marvin Hackwell, Registered Agent<br>115 Stewart Ave, Suite 202<br>Medford, OR 97501<br><br>*Registered Agent for Kogap Enterprises Inc.* |

LAW OFFICES OF JEFFREY S. MUTNICK

Brian Yarne
*Legal Assistant to*
Jeffrey S. Mutnick, OSB #721784
Of Attorneys for Plaintiff

**Page 1 – CERTIFICATE OF SERVICE**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
503 595-1033; 503 224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 26 of 32

1
2
3
4

**IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH**

5
6

**PAMELA GALE SHELDON,**
Individually and as Personal Representative of
the Estate of **BILL JACK SHELDON,**

7
8

Plaintiff,

9

v.

10

**CLEAVER-BROOKS, INC.,**
    f/k/a AQUA-CHEM, INC. d/b/a
    CLEAVER-BROOKS DIVISION
**KOGAP ENTERPRISES INC.**
    f/k/a KOGAP MANUFACTURING CO.;

11
12
13

Defendants.

14

**CASE NO. 19CV33669**

**ORDER GRANTING PLAINTIFFS'
MOTION TO ADMIT OUT-OF-
STATE COUNSEL, JESSICA DEAN,
PRO HAC VICE**

15
16
17

THIS CAUSE, having come before the Court upon the Motion to Admit-Out-of-State
Counsel, Jessica Dean, Pro Hac Vice as counsel for Plaintiff, and the Court having considered
the Motion and being otherwise duly advised in the premises, it is hereby

18
19

ORDERED AND ADJUDGED that the Motion is GRANTED.  Jessica Dean is
permitted to appear *Pro Hac Vice* in this cause of action.

20
21
22

_____

23

**ORDER GRANTING PLAINTIFF'S MOTIONL TO ADMIT
OUT-OF-STATE COUNSEL, JESSICA DEAN,
PRO HAC VICE- PAGE 1**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 27 of 32

1

## CERTIFICATE OF COMPLIANCE WITH UTCR 5.100

2

This proposed Order or Judgment is ready for judicial signature because:

3

All requirements of UTCR 3.170 have been satisfied.

4

DATED: August 22, 2019

5

LAW OFFICES OF JEFFREY S. MUTNICK

6

7

Brian Yarne
8
*Paralegal to*
Jeffrey S. Mutnick, OSB #721784
9
Of Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 1 -    CERTIFICATE OF COMPLIANCE WITH UTCR 5.100(2)(B)

EXHIBIT 1
Page 28 of 32

1

## CERTIFICATE OF SERVICE

2

3

I hereby certify that on August 22, 2019, I served the foregoing **Motion and Proposed**

**Order to admit out-of-state counsel, Jessica Dean, Pro Hac Vice** to the following via e-mail

4

5

or as otherwise indicated:

6

| | |
|---|---|
| *E-Mail: aeraut@rizzopc.com*<br>*E-Mail:  asbestos@rizzopc.com*<br>Allen Eraut<br>Rizzo Mattingly & Bosworth PC<br>Attorneys at Law<br>1300 SW Sixth Ave, Suite 330<br>Portland, OR 97201<br><br>*Of Attorneys for Cleaver Brooks, Inc.* | VIA US MAIL Only<br><br>Marvin Hackwell, Registered Agent<br>115 Stewart Ave, Suite 202<br>Medford, OR 97501<br><br>*Registered Agent for Kogap Enterprises Inc.* |

7

8

9

10

11

12

13

LAW OFFICES OF JEFFREY S. MUTNICK

14

15

Brian Yarne
*Legal Assistant to*
Jeffrey S. Mutnick, OSB #721784
Of Attorneys for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

**Page 1 – CERTIFICATE OF SERVICE**

EXHIBIT 1
Page 29 of 32

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

**PAMELA GALE SHELDON,**
Individually and as Personal Representative of
the Estate of **BILL JACK SHELDON,**

             Plaintiff,

    v.

**CLEAVER-BROOKS, INC.,**
    f/k/a AQUA-CHEM, INC. d/b/a
    CLEAVER-BROOKS DIVISION
**KOGAP ENTERPRISES INC.**
    f/k/a KOGAP MANUFACTURING CO.;

             Defendants.

**CASE NO. 19CV33669**

**ORDER GRANTING PLAINTIFFS'
MOTION TO ADMIT OUT-OF-
STATE COUNSEL, JESSICA DEAN,
PRO HAC VICE**

THIS CAUSE, having come before the Court upon the Motion to Admit-Out-of-State

Counsel, Jessica Dean, Pro Hac Vice as counsel for Plaintiff, and the Court having considered

the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Jessica Dean is

permitted to appear *Pro Hac Vice* in this cause of action.

Signed: 8/30/2019 11:28 AM

_____

Circuit Court Judge Stephen Bushong
proxy signed by BC

ORDER GRANTING PLAINTIFF'S MOTIONL TO ADMIT
OUT-OF-STATE COUNSEL, JESSICA DEAN,
PRO HAC VICE- PAGE 1

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 30 of 32

1

## **CERTIFICATE OF COMPLIANCE WITH UTCR 5.100**

2    This proposed Order or Judgment is ready for judicial signature because:

3    All requirements of UTCR 3.170 have been satisfied.

4    DATED: August 22, 2019

5                                   LAW OFFICES OF JEFFREY S. MUTNICK

6

7
                                   Brian Yarne
8                                   *Paralegal to*
                                   Jeffrey S. Mutnick, OSB #721784
9                                   Of Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 1 -    CERTIFICATE OF COMPLIANCE WITH UTCR 5.100(2)(B)

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, Oregon 97205
503-595-1033 / 503-224-9730 (facsimile)
jmutnick@mutnicklaw.com

EXHIBIT 1
Page 31 of 32

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

I hereby certify that on August 22, 2019, I served the foregoing **Motion and Proposed**

**Order to admit out-of-state counsel, Jessica Dean, Pro Hac Vice** to the following via e-mail

4

5

or as otherwise indicated:

6

| | |
|---|---|
| *E-Mail: aeraut@rizzopc.com*<br>*E-Mail:  asbestos@rizzopc.com*<br>Allen Eraut<br>Rizzo Mattingly & Bosworth PC<br>Attorneys at Law<br>1300 SW Sixth Ave, Suite 330<br>Portland, OR 97201<br><br>*Of Attorneys for Cleaver Brooks, Inc.* | VIA US MAIL Only<br><br>Marvin Hackwell, Registered Agent<br>115 Stewart Ave, Suite 202<br>Medford, OR 97501<br><br>*Registered Agent for Kogap Enterprises Inc.* |

7

8

9

10

11

12

13

LAW OFFICES OF JEFFREY S. MUTNICK

14

15

Brian Yarne
*Legal Assistant to*
Jeffrey S. Mutnick, OSB #721784
Of Attorneys for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

**Page 1 – CERTIFICATE OF SERVICE**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
503 595-1033; 503 224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

EXHIBIT 1
Page 32 of 32