**Jeffrey S. Mutnick, OSB No. 721784**
LAW OFFICES OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, Oregon 97205
Telephone: 503-595-1033

**Benjamin H. Adams, CSB No. 272909**
Admitted *pro hac vice*
DEAN OMAR BRANHAM & SHIRLEY
302 N. Market St., Suite 300
Dallas, Texas. 75202
Telephone: 214-722-5990

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| PAMELA GALE SHELDON,<br>Individually and as Personal Representative of the Estate of BILL JACK SHELDON,<br><br>           Plaintiff,<br><br>   v.<br><br>CLEAVER-BROOKS, INC.,<br>   f/k/a AQUA-CHEM, INC. d/b/a<br>   CLEAVER-BROOKS DIVISION<br>KOGAP ENTERPRISES INC.<br>   f/k/a KOGAP MANUFACTURING CO.;<br><br>           Defendants. | CASE NO. 1:19-cv-01443-MC<br><br>JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE AS TO DEFENDANT KOGAP ENTERPRISES, INC. |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PAMELA GALE SHELDON, Individually and as Personal Representative of the Estate of BILL

JACK SHELDON, and Defendant KOGAP ENTERPRISES, INC., by and through their counsel of record, that the above entitled action be dismissed as to KOGAP ENTERPRISES, INC. without prejudice.

The parties shall bear their own costs.

Dated: October 4, 2019         **DEAN, OMAR & BRANHAM, LLP**

By  */s/ Benjamin H. Adams*
Benjamin H. Adams CABN 272909)
Attorneys for Plaintiff PAMELA GALE SHELDON

Dated:  October 4, 2019         **SATHER, BYERLY & HOLLOWAY, LLP**

By  */s/ Rebecca A. Watkins*
Rebecca A. Watkins (OSB 044445)
Attorney for Defendant
KOGAP ENTERPRISES, INC.