1
2
3
4
5

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION**

| | |
|---|---|
| PAMELA GALE SHELDON, Individually and as Personal Representative of the Estate of BILL JACK SHELDON,<br><br>Plaintiff,<br>v.<br><br>CLEAVER-BROOKS, INC., et al.,<br><br>Defendants. | Case No. 1:19-CV-01443-MC<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WELLONS, INC. |

     Plaintiff PAMELA GALE SHELDON, individually and as Personal Representative of the Estate of BILL JACK SHELDON, and defendant WELLONS, INC., by their attorneys of record, stipulate that all claims against defendant WELLONS, INC., only, be dismissed without prejudice and without costs to either party, reserving to Plaintiff her claims against all other parties.

///
///
///
///

| STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WELLONS, INC. | Page 1 | **Foley & Mansfield, PLLP**<br>999 Third Avenue, Suite 3760<br>Seattle, WA 98104<br>Telephone: (206) 456-5360 |
|---|---|---|

Dated this 28th day of July, 2020.

| DEAN OMAR BRANHAM SHIRLEY LLP | FOLEY & MANSFIELD, PLLP |
|---|---|
| *s/ Benjamin H. Adams* | *s/ Diane C. Babbitt* |
| Benjamin H. Adams, CSB No. 272909 | J. Scott Wood, OSB #117151 |
| *(*Admitted *Pro Hac Vice)* | Diane C. Babbitt, OSB #112916 |
| Jessica M. Dean, CSB No. 260598 | asbestos-sea@foleymansfield.com |
| (Admitted *Pro Hac Vice*) | Attorneys for Defendant Wellons, Inc. |
| Jeffrey S. Mutnick, OSB No. 721784 | |
| badams@dobslegal.com | |
| jdean@dobslegal.com | |
| jmutnick@mutnicklaw.com | |
| Attorneys for Plaintiff | |

## ORDER

Based upon the above stipulation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims against defendant WELLONS, INC., only, are dismissed without prejudice and without costs to either party, reserving to Plaintiff her claims against all other parties.

Dated this  12th  day of August , 2020.

                      s/Michael J. McShane
                      UNITED STATES DISTRICT JUDGE

*Presented by:*

FOLEY & MANSFIELD, PLLP

*s/ Diane C. Babbitt*
J. Scott Wood, OSB #117151
Diane C. Babbitt, OSB #112916
asbestos-sea@foleymansfield.com
Attorneys for Defendant Wellons, Inc.

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WELLONS, INC.

Page 2

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA  98104
Telephone:  (206) 456-5360

*Agreed as to Form and Notice of Presentation Waived:*

DEAN OMAR BRANHAM SHIRLEY, LLP

*s/ Benjamin H. Adams*
Benjamin H. Adams, CSB No. 272909
*(Admitted Pro Hac Vice)*
Jessica M. Dean, CSB No. 260598
(Admitted *Pro Hac Vice*)
Jeffrey S. Mutnick, OSB No. 721784
badams@dobslegal.com
jdean@dobslegal.com
jmutnick@mutnicklaw.com
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WELLONS, INC.

Page 3

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

# CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2020, a copy of the foregoing document was filed with the Clerk of the U.S. District Court via the Court's CM/ECF system and that all registered parties were served electronically via CM/ECF on that same date.

| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
|---|---|
| Benjamin H. Adams, Pro Hac Vice<br>Jessica M. Dean, Pro Hac Vice<br>DEAN OMAR BRANHAM & SHIRLEY<br>302 N. Market St., Suite 300<br>Dallas, TX  75202<br>badams@dobslegal.com<br>jdean@dobslegal.com | Jeffrey S. Mutnick<br>LAW OFFICE OF JEFFREY S. MUTNICK<br>737 Vista Avenue<br>Portland, OR  97205<br>jmutnick@mutnick.law.com |
| *Defendant Cleaver-Brooks, Inc.*<br>Kevin M. Bergstrom<br>Allen E. Eraut<br>RIZZO MATTINGLY BOSWORTH PC<br>1300 SW Sixth Avenue, Ste. 330<br>Portland, OR  97201<br>kbergstrom@rizzopc.com<br>aeraut@rizzopc.com | |

DATED: July 28, 2020.

*s/ Traci Clark*
Traci Clark, Legal Assistant

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WELLONS, INC.

Page 4

Foley & Mansfield, PLLP
999 Third Avenue, Suite 3760
Seattle, WA  98104
Telephone:  (206) 456-5360