1

2

3

4

5

6

7          **UNITED STATES DISTRICT COURT**

8              **DISTRICT OF OREGON**

9              **MEDFORD DIVISION**

10

| | |
|---|---|
| **PAMELA GALE SHELDON,**<br>Individually and as Personal Representative of<br>the Estate of **BILL JACK SHELDON**, | **Case No. 1:19-CV-01443-MC** |
| Plaintiff, | **THIRD AMENDED COMPLAINT**<br>**FOR WRONGFUL DEATH AND**<br>**SURVIVORSHIP**<br>**(STRICT LIABILITY;** |
| v. | **NEGLIGENCE; AND LOSS OF**<br>**CONSORTIUM)** |
| **CH MURPHY/CLARK-ULLMAN, INC.;**<br>**CLEAVER-BROOKS, INC.**,<br>  f/k/a AQUA-CHEM, INC. d/b/a CLEAVER-<br>  BROOKS DIVISION; | **DEMAND FOR JURY TRIAL** |
| **USNR, LLC,**<br>  as successor-in-interest to THE COE<br>  MANUFACTURING COMPANY; | **CLAIM NOT SUBJECT TO**<br>**MANDATORY ARBITRATION** |
| **WELLONS, INC.;** | **Prayer Amount: $50,000,000** |
| Defendants. | **ORS 21.160(1)(e)** |

1.

LAW OFFICE OF JEFFREY S. MUTNICK<br>737 SW Vista Avenue<br>Portland, OR 97205<br>(503)595-1033; (503)224-9430 (facsimile)<br>JMUTNICK@MUTNICKLAW.COM

1    Plaintiff alleges at all material times:

2        a)    Defendant, **CH MURPHY/CLARK-ULLMAN, INC.** was and is a Oregon

3    corporation, registered to do business in the State of Oregon, with its principal place of

4    business in Portland, Oregon. At all times material hereto, CH MURPHY/CLARK

5    ULLMAN, INC. mined, manufactured, processed, imported, converted, compounded

6    supplied, installed, replaced, repaired, used, and/or retailed asbestos and/or asbestos-

7    containing products, materials, or equipment, including but not limited to asbestos-

8    containing insulation materials. Plaintiff's claims against CH MURPHY/CLARK-

9    ULLMAN, INC. arise out of this Defendant's business activities in the State of Oregon.

10        b)    Defendant, **CLEAVER-BROOKS, INC. (***f/k/a* AQUA-CHEM, INC. *d/b/a*

11    Cleaver-Brooks Division), was and is a Delaware corporation, not registered to do

12    business in the State of Oregon, with its principal place of business in Thomasville,

13    Georgia. At all times material hereto, CLEAVER-BROOKS, INC. was engaged in

14    either the mined, manufactured, processed, imported, converted, compounded,

15    supplied, installed, replaced, repaired, used, and/or retailed asbestos and/or

16    asbestos-containing products, materials, or equipment, including, but not limited

17    to, asbestos-containing Cleaver-Brooks boilers.  CLEAVER-BROOKS, INC. is

18    sued as a Product Defendant. Plaintiff's claims against CLEAVER-BROOKS, INC.

19    arise out of this Defendant's business activities in the State of Oregon.

20        c)    Defendant, **USNR, LLC (***as successor-in-interest to THE COE*

21    *MANUFACTURING COMPANY*), was and is a Delaware limited liability company

22    with its principal place of business in Woodland, Washington. At all times material

23    hereto, USNR, LLC was engaged in either the mined, manufactured, processed,

**LAW OFFICE OF JEFFREY S. MUTNICK**
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

imported, converted, compounded, supplied, installed, replaced, repaired, used, and/or retailed asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Coe dryers. USNR, LLC is sued as a Product Defendant. Plaintiff's claims against USNR, LLC arise out of this Defendant's business activities in the State of Oregon.

d)    Defendant, **WELLONS, INC.**, was and is an Oregon corporation with its principal place of business in Vancouver, Washington. At all times material hereto, WELLONS, INC. was engaged in either the mined, manufactured, processed, imported, converted, compounded, supplied, installed, replaced, repaired, used, and/or retailed asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing boilers. WELLONS, INC. is sued as a Product Defendant. Plaintiff's claims against WELLONS, INC. arise out of this Defendant's business activities in the State of Oregon.

2.

Plaintiff, Pamela Gale Sheldon, is the duly appointed Personal Representative of the Estate of Bill Jack Sheldon (deceased), and a resident of the US Virgin Islands. Decedent Bill Jack Sheldon was diagnosed with mesothelioma, a cancer of the lining of the lungs caused by exposure to asbestos.

3.

At all material times:

The Defendants manufactured, sold, and/or distributed asbestos, asbestos-containing products and/or materials for use in Oregon. At all times relevant to this action, the Defendants and the predecessors of the Defendants for whose actions the Defendants are legally responsible,

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

1    were engaged in the manufacture, sale, and distribution of asbestos-containing products, material,

2    and/or raw material. ORCP 4D(2)

3                                                              4.

4          At all times relevant to this action, Defendants conducted regular and sustained business

5    activities in the State of Oregon out of which the claims for relief arose. ORCP 4A(4)

6                                                              5.

7          Decedent BILL JACK SHELDON died from mesothelioma on July 24, 2018.   This

8    complaint is filed within the applicable statute of limitations.

9                                                              6.

10          Decedent BILL JACK SHELDON was exposed to asbestos-containing products and

11    equipment containing asbestos materials which was manufactured, supplied, distributed and/or

12    specified by Defendants.  Decedent BILL JACK SHELDON was exposed to airborne asbestos

13    fibers, both directly working with asbestos and asbestos-containing materials and by working in

14    the vicinity of other workers handling asbestos products from approximately 1972 to 1994 (See

15    Exhibit A). From 1972 to 1994, Decedent worked as a core feeder on the Layup Line at the

16    KOGAP Plywood/Veneer Mill in Medford, Oregon.  This involved working with and around hot

17    presses, cold presses, rollers, conveyors and heating equipment exposing him to dust from

18    asbestos-containing products.

19                                          **FIRST CLAIM FOR RELIEF**

20                                                **(Strict Liability)**

21                                                              7.

22          Plaintiff re-alleges paragraphs 1-6.

23

**LAW OFFICE OF JEFFREY S. MUTNICK**
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

8.

The asbestos fibers, asbestos-containing products, and equipment utilizing asbestos-containing products of the defendants were unreasonably dangerous and defective in that:

a)    Defendants did not provide sufficient warnings and/or instructions about harm caused by exposure to Defendants' asbestos fibers, asbestos-containing products and equipment utilizing asbestos-containing products;

b)    The asbestos fibers in the asbestos-containing products and equipment utilizing asbestos-containing products of Defendants were capable of causing mesothelioma when inhaled by individuals, including Decedent BILL JACK SHELDON, making them unreasonably dangerous to the ordinary consumer; and

c)    Individuals, including Decedent BILL JACK SHELDON, who came into contact with asbestos fibers, were not advised to utilize proper respiratory protection when exposed to airborne asbestos fibers within their working environment.

9.

As a result of Decedent's exposure to the unreasonably dangerous and defective asbestos-containing products manufactured, distributed, sold, installed, applied or containing the Defendants' asbestos fiber, Decedent contracted mesothelioma, from which he died. Decedent's Estate suffered non-economic damages for the loss of society and companionship, grief, anguish, and for the conscious pain and suffering sustained by the Decedent prior to his death, to the Decedent's Estate's non-economic damage in the amount of $49,000,000.

10.

As a result of Decedent's exposure to the unreasonably dangerous and defective asbestos-containing products manufactured, supplied, distributed, sold, installed, applied or containing the

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

1   Defendants' asbestos fiber, Decedent contracted mesothelioma, from which he died. Decedent's
2   Estate has suffered economic damages for medical bills, funeral and burial expenses, and lost
3   earning capacity in the amount of $1,000,000.

4                                                    11.

5           As a result of Decedent's exposure to the unreasonably dangerous and defective asbestos-
6   containing products manufactured, distributed, sold, installed, applied or containing asbestos fiber,
7   Decedent contracted mesothelioma, from which he died. Decedent's Estate suffered non-economic
8   damages for the loss of society and companionship, grief, anguish, and for the conscious pain and
9   suffering sustained by the Decedent prior to his death, to the Decedent's Estate's non-economic
10  damage in the amount of $49,000,000.

11                                                   12.

12          As a result of Decedent's exposure to the unreasonably dangerous and defective asbestos-
13  containing products manufactured, distributed, sold, installed, applied or containing the
14  Defendants' asbestos fiber, Decedent contracted mesothelioma, from which he died. Decedent's
15  Estate has suffered economic damages for medical bills, funeral and burial expenses, and lost
16  earning capacity in the amount of $1,000,000.

17                                   **SECOND CLAIM FOR RELIEF**

18                                            **(Negligence)**

19                                                   13.

20          Plaintiff re-alleges paragraphs 1-12.

21                                                   14.

22          Defendants were negligent generally and in one or more of the following particulars:

23

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

a)    Defendants did not provide sufficient or adequate warnings and/or instructions of the harm caused by exposure to Defendants' asbestos-containing products and equipment utilizing asbestos-containing products.  Defendants, prior to the period of Decedent's exposure to asbestos, possessed information concerning the adverse effects and disease-producing capabilities of those products and equipment;

b)    Defendants failed to withdraw asbestos-containing products and equipment utilizing asbestos-containing products from the market prior Decedent's exposure, when Defendants possessed information concerning the adverse effects and disease-producing capabilities of those products and equipment;

c)    Defendants failed to determine the level of airborne asbestos fibers emitted by their products and equipment when the products and equipment were being used by the end user;

d)    Defendants failed to conduct tests to determine the amount of asbestos to which Decedent BILL JACK SHELDON, or similarly situated workers, would be exposed, when workers engaged in the use of these products and equipment; and

e)    Defendants failed to warn individual workers, including Decedent, regarding the hazards associated with the use of their asbestos-containing products and equipment utilizing asbestos-containing products.

15.

As a result of Defendants' negligence as set forth above, Decedent contracted mesothelioma, from which he died. Decedent's Estate suffered non-economic damages for the loss of society and companionship, grief, anguish, and for the conscious pain and suffering

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

1  sustained by the Decedent prior to his death, to the Decedent's Estate's non-economic damage
2  in the amount of $49,000,000.

3                                              16.

4         As a result of Defendants' negligence as set forth above, Decedent contracted
5  mesothelioma, from which he died.  Decedent's Estate has suffered economic damages for
6  medical bills, funeral and burial expenses, and lost earning capacity in the amount of $1,000,000.

7                                              17.

8         Plaintiff demands a jury trial.

9         **WHEREFORE**, Plaintiff prays for judgment as follows:

10        **FIRST CLAIM FOR RELIEF (Strict Liability)**:

11        1.      Non-economic damages in an amount to be ascertained at trial but not to exceed
12 $49,000,000.

13        2.      Economic damages in an amount to be ascertained at trial but not to exceed
14 $1,000,000.

15        3.      Plaintiff's costs and disbursements incurred herein.

16        4.      Any other costs this court deems equitable.

17        **SECOND CLAIM FOR RELIEF (Negligence)**:

18        1.      Non-economic damages in an amount to be ascertained at trial but not to exceed
19 $49,000,000.

20        2.      Economic damages in an amount to be ascertained at trial but not to exceed
21 $1,000,000.

22        3.      Plaintiff's costs and disbursements incurred herein.

23        4.      Any other costs this court deems equitable.

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

1

2    **DATED**: October 29, 2020.          **DEAN OMAR BRANHAM SHIRLEY, LLP**

3                                          /s/ Benjamin H. Adams
                                           Benjamin H. Adams, CSB No. 272909
4                                          (Admitted *Pro Hac Vice*)
                                           Jessica M. Dean, CSB No. 260598
5                                          (To Be Admitted *Pro Hac Vice*)
                                           302 N. Market Street, Suite 300
6                                          Dallas, Texas 75202
                                           T: 214-722-5990
7                                          F: 214-722-5991
                                           Email: jdean@dobslegal.com
8                                          Email: badams@dobsleal.com

9                                          and

10                                         **LAW OFFICE OF JEFFREY S. MUTNICK**
                                           Jeffrey S. Mutnick, OSB No. 721784
11                                         *Of Attorneys for Plaintiff*
                                           737 SW Vista Avenue
12                                         Portland, OR 97205
                                           T: 503-595-1033
13                                         F: 503-224-9430
                                           Email: jmutnick@mutnicklaw.com

14                                         *Attorneys for Plaintiff*

15

16

17

18

19

20

21

22

23

**PLAINTIFF'S THIRD AMENDED COMPLAINT – PAGE 9**

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on October 29, 2020, Plaintiff's Third Amended Complaint was

3

electronically filed and served on all counsel of record.

4

| | |
|---|---|
| Allen Eraut<br>Kevin Bergstrom<br>RIZZO MATTINGLY & BOSWORTH, PC<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR 97201<br><br>**COUNSEL FOR CLEAVER-BROOKS, INC**. | Jeffrey S. Mutnick<br>LAW OFFICE OF JEFFREY S. MUTNICK<br>737 SW Vista Avenue<br>Portland, OR 97205<br><br>**CO-COUNSEL FOR PLAINTIFF** |
| Meredith Bateman<br>K&L GATES LLP<br>One SW Columbia Street, Suite 1900<br>Portland, OR 97204<br><br>G. William Shaw<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>206-623-7580<br>**COUNSEL FOR USNR, LLC** | |

14

15

**DEAN OMAR BRANHAM SHIRLEY, LLP**

16

*/s/ Megain Comanche*
Megain Comanche

17

18

19

20

21

22

23

**LAW OFFICE OF JEFFREY S. MUTNICK**
737 SW Vista Avenue
Portland, OR 97205
(503)595-1033; (503)224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM