**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**MEDFORD DIVISION**

PAMELA GALE SHELDON and RYAN DANIEL SHELDON, Individually and as Co-Personal Representatives of the Estate of BILL JACK SHELDON,

Plaintiff,

v.

CH MURPHY/CLARK-ULLMAN, INC., et al.,

Defendants.

Case No. 1:19-CV-01443-MC

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CH MURPHY/CLARK-ULLMAN, INC.

Plaintiffs PAMELA GALE SHELDON and RYAN DANIEL SHELDON, individually and as Co-Personal Representatives of the Estate of BILL JACK SHELDON, and defendant CH MURPHY/CLARK-ULLMAN, INC., by their attorneys of record, stipulate that all claims against defendant CH MURPHY/CLARK-ULLMAN, INC., only, be dismissed without prejudice and without costs to either party, reserving to Plaintiffs their claims against all other parties.

///

///

///

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

Dated this 22nd day of November, 2021.

DEAN OMAR BRANHAM SHIRLEY LLP

*s/ Benjamin H. Adams (signed with permission)*
Benjamin H. Adams, CSB No. 272909
(Admitted *Pro Hac Vice)*
Aaron D. Chapman, TSB No. 24097488
(Admitted *Pro Hac Vice*)
Jeffrey S. Mutnick, OSB No. 721784
badams@dobslegal.com
achapman@dobslegal.com
jmutnick@mutnicklaw.com
Attorneys for Plaintiffs

FOLEY & MANSFIELD, PLLP

*s/ Diane C. Babbitt*
J. Scott Wood, OSB #117151
Diane C. Babbitt, OSB #112916
asbestos-sea@foleymansfield.com
Attorneys for Defendant CH Murphy/Clark-Ullman, Inc.

**ORDER**

Based upon the above stipulation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims against defendant CH MURPHY/CLARK-ULLMAN, INC., only, are dismissed without prejudice and without costs to either party, reserving to Plaintiffs their claims against all other parties.

Dated this 6th day of December, 2021.

s/Michael J. McShane
UNITED STATES DISTRICT JUDGE

*Presented by:*

FOLEY & MANSFIELD, PLLP

*s/ Diane C. Babbitt*
J. Scott Wood, OSB #117151
Diane C. Babbitt, OSB #112916
asbestos-sea@foleymansfield.com
Attorneys for Defendant CH Murphy/Clark-Ullman, Inc.

*Agreed as to Form and Notice of Presentation Waived:*

DEAN OMAR BRANHAM SHIRLEY, LLP

*s/ Benjamin H. Adams (signed with permission)*

Benjamin H. Adams, CSB No. 272909
(Admitted *Pro Hac Vice)*
Aaron D. Chapman, TSB No. 24097488
(Admitted *Pro Hac Vice*)
Jeffrey S. Mutnick, OSB No. 721784
badams@dobslegal.com
achapman@dobslegal.com
jmutnick@mutnicklaw.com
Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CH MURPHY/CLARK-ULLMAN, INC.

Page 3

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, a copy of the foregoing document was filed with the Clerk of the U.S. District Court via the Court's CM/ECF system and that all registered parties were served electronically via CM/ECF on that same date.

| | |
|---|---|
| ***Counsel for Plaintiff***<br>Benjamin H. Adams, *Admitted Pro Hac Vice*<br>Aaron D. Chapman, *Admitted Pro Hac Vice*<br>DEAN OMAR BRANHAM & SHIRLEY<br>302 N. Market St., Suite 300<br>Dallas, TX 75202<br>badams@dobslegal.com<br>achapman@dobslegal.com | ***Counsel for Plaintiff***<br>Jeffrey S. Mutnick<br>LAW OFFICE OF JEFFREY S. MUTNICK<br>737 Vista Avenue<br>Portland, OR 97205<br>jmutnick@mutnick.law.com |
| ***Defendant Cleaver-Brooks, Inc.***<br>Kevin M. Bergstrom<br>Allen E. Eraut<br>RIZZO MATTINGLY BOSWORTH PC<br>1300 SW Sixth Avenue, Ste. 330<br>Portland, OR 97201<br>kbergstrom@rizzopc.com<br>aeraut@rizzopc.com | ***Counsel for USNR, LLC***<br>G. William Shaw, *Admitted Pro Hac Vice*<br>K&L GATES, LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Bill.shaw@klgates.com |
| ***Counsel for USNR, LLC***<br>Samuel Hernandez<br>K&L GATES, LLP<br>One SW Columbia Street, Suite 1900<br>Portland, OR 97204<br>samuel.hernandez@klgates.com | |

DATED: November 22, 2021.

*s/ Traci Clark*
Traci Clark, Legal Assistant

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CH MURPHY/CLARK-ULLMAN, INC.

Page 4

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360