Allen Eraut, OSB # 992565
Shaun Morgan, OSB # 094490
Rizzo Mattingly Bosworth PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Telephone: (503) 229-1819
Facsimile: (503) 229-0630
E-mail: aeraut@rizzopc.com
       smorgan@rizzopc.com

Attorneys for Defendant Cleaver-Brooks, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| PAMELA GALE SHELDON and RYAN DANIEL SHELDON, Individually and as Co-Personal Representatives of the Estate of BILL JACK SHELDON<br><br>Plaintiff,<br><br>v.<br><br>CH MURPHY/CLARK-ULLMAN, INC., et al.<br><br>Defendants. | Case No. 1:19-CV-01443-MC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CLEAVER-BROOKS, INC. ONLY** |

Plaintiffs and Defendant Cleaver-Brooks, Inc. stipulate and agree that the Court dismiss Plaintiffs' claims and causes of action against Cleaver-Brooks, Inc. only, with prejudice and without costs to any party, reserving to Plaintiffs all claims against other parties.

1 –STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CLEAVER-BROOKS, INC. ONLY

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

Dated this 24th of June, 2022.

| | |
|---|---|
| DEAN OMAR BRANHAM SHIRLEY, LLP | RIZZO MATTINGLY BOSWORTH PC |
| *s/Benjamin Adams* | *s/Shaun Morgan* |
| Benjamin Adams (*Pro Hac Vice*) | Shaun Morgan, OSB No. 094490 |
| badams@dobslegal.com | smorgan@rizzopc.com |
| Of Attorneys for Plaintiff | Of Attorneys for Cleaver-Brooks, Inc. |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of Stipulation by Plaintiffs and Defendant Cleaver-Brooks, Inc. to dismiss all claims against Cleaver-Brooks, Inc. only, without prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against Cleaver-Brooks, Inc. are hereby dismissed with prejudice and without costs.

DATED this _____ day of _____, 2022.

_____
JUDGE/COMMISSIONER

Presented by:

RIZZO MATTINGLY BOSWORTH PC
Shaun Morgan, OSB No. 094490
smorgan@rizzopc.com
1300 SW Sixth Avenue, Suite 330
Portland, Oregon 97201
**Attorney for Cleaver-Brooks, Inc.**

2 –STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CLEAVER-BROOKS, INC. ONLY

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| PAMELA GALE SHELDON, Individually and as Personal Representative of the Estate of BILL JACK SHELDON<br><br>Plaintiffs,<br><br>v.<br><br>CLEAVER-BROOKS, INC., et al.<br><br>Defendants. | Case No. 1:19-CV-01443-MC<br><br>**CERTIFICATE OF SERVICE OF DELIVERY AND/OR MAILING** |

I am employed by the law firm of Rizzo Mattingly Bosworth PC in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Ste. 330, Portland, Oregon 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy of the foregoing document in the following manner unless otherwise indicated.

| **VIA E-MAIL** | |
|---|---|
| Jeffrey Mutnick<br>LAW OFFICE OF JEFFREY S. MUTNICK<br>737 SW Vista Ave<br>Portland, OR 97205<br>jmutnick@mutnicklaw.com<br>***Attorneys for Plaintiffs*** | Benjamin Adams<br>DEAN OMAR BRANHAM SHIRLEY, LLP<br>302 N. Market St. Suite 300<br>Dallas, TX 75202<br>badams@dobslegal.com<br>***Attorneys for Plaintiffs*** |
| G. William Shaw, *Admitted Pro Hac Vice*<br>K&L GATES, LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104<br>Bill.shaw@klgates.com<br>SE.Asbestos@klgates.com<br>***Attorneys for UNSR LLC*** | Elizabeth White<br>K&L Gates LLP<br>One SW Columbia Street, Suite 1900<br>Portland, OR 97204<br>Elizabeth.white@klgates.com<br>***Attorneys for UNSR LLC*** |

I declare under penalty of perjury and under the laws of the State of Oregon that the foregoing is true and correct.

Executed at Portland, Oregon, this 24th day of June, 2022.

    */s/Hallie Zmroczek*
Hallie Zmroczek
Paralegal

1 – CERTIFICATE OF SERVICE

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630