Allen Eraut, OSB # 992565
Shaun Morgan, OSB # 094490
Rizzo Mattingly Bosworth PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Telephone: (503) 229-1819
Facsimile: (503) 229-0630
E-mail: aeraut@rizzopc.com
        smorgan@rizzopc.com

Attorneys for Defendant Cleaver-Brooks, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| PAMELA GALE SHELDON and RYAN DANIEL SHELDON, Individually and as Co-Personal Representatives of the Estate of BILL JACK SHELDON<br><br>Plaintiff,<br><br>v.<br><br>CH MURPHY/CLARK-ULLMAN, INC., et al.<br><br>Defendants. | Case No. 1:19-CV-01443-MC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CLEAVER-BROOKS, INC. ONLY** |

      Plaintiffs and Defendant Cleaver-Brooks, Inc. stipulate and agree that the Court dismiss Plaintiffs' claims and causes of action against Cleaver-Brooks, Inc. only, with prejudice and without costs to any party, reserving to Plaintiffs all claims against other parties.

1 –STIPULATION AND     ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CLEAVER-BROOKS, INC. ONLY

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

Dated this 24th of June, 2022.

| | |
|---|---|
| DEAN OMAR BRANHAM SHIRLEY, LLP | RIZZO MATTINGLY BOSWORTH PC |
| *s/Benjamin Adams* | *s/Shaun Morgan* |
| Benjamin Adams (*Pro Hac Vice*) | Shaun Morgan, OSB No. 094490 |
| badams@dobslegal.com | smorgan@rizzopc.com |
| Of Attorneys for Plaintiff | Of Attorneys for Cleaver-Brooks, Inc. |

# ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of Stipulation by Plaintiffs and Defendant Cleaver-Brooks, Inc. to dismiss all claims against Cleaver-Brooks, Inc. only, without prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against Cleaver-Brooks, Inc. are hereby dismissed with prejudice and without costs.

DATED this 29th day of June, 2022.

                                                    s/Michael J. McShane
                                                    MICHAEL J. McSHANE
                                                    UNITED STATES DISTRICT JUDGE

Presented by:

RIZZO MATTINGLY BOSWORTH PC
Shaun Morgan, OSB No. 094490
smorgan@rizzopc.com
1300 SW Sixth Avenue, Suite 330
Portland, Oregon 97201
***Attorney for Cleaver-Brooks, Inc.***

2 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CLEAVER-BROOKS, INC. ONLY

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630