Elizabeth White, OSB #204729
Janjeera Hail, OSB # 225528
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
503-228-3200
Email: Elizabeth.White@klgates.com
       Janjeera.Hail@klgates.com

G. William Shaw, admitted *pro hac vice*
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
206-623-7580
Email: Bill.Shaw@klgates.com

*Attorneys for Defendant USNR, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| PAMELA GALE SHELDON, individually and as Personal Representative of the Estate of BILL JACK SHELDON,<br><br>                                    Plaintiff,<br><br>v.<br><br>CLEAVER-BROOKS, INC., f/k/a AQUA-CHEM, INC. d/b/a CLEAVER-BROOKS DIVISION; USNR, LLC, as successor-in-interest to THE COE MANUFACTURING COMPANY; and WELLONS, INC.;<br><br>                                    Defendants. | Case No. 1:19-CV-01443-MC<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT USNR, LLC, AS SUCCESSOR-IN-INTEREST TO THE COE MANUFACTURING COMPANY** |

/ / /

/ / /

/ / /

PAGE 1 – STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT USNR, LLC

## **STIPULATED MOTION**

COMES NOW Plaintiff and Defendant USNR, LLC, which is named in this action as "successor-in-interest to The Coe Manufacturing Company," by and through their respective attorneys, and respectfully request that this Court order that all claims asserted by Plaintiff against USNR, LLC, individually and alleged as successor-in-interest to The Coe Manufacturing Company, be dismissed with prejudice and without an award of costs or attorneys' fees to either party.

DATED: February 16, 2023.

SO STIPULATED:

*s/ Elizabeth H. White*
Elizabeth White, OSB #204729
Janjeera Hail, OSB # 225528
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
503-228-3200
Email: Elizabeth.White@klgates.com
          Janjeera.Hail@klgates.com

G. William Shaw, admitted *pro hac vice*
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
206-623-7580
Email: Bill.Shaw@klgates.com

*Attorneys for USNR, LLC*

*s/ Tyson B. Gamble*
Benjamin H. Adams, admitted *pro hac vice*
badams@dobslegal.com
Tyson B. Gamble, OSB #165777
tgamble@dobslegal.com
302 N. Market St., Suite 300
Dallas, TX 75202
214-722-5990
Fax: 214-722-5991

Jeffrey S. Mutnick, OSB # 721785
jmutnick@mutnicklaw.com
Law Office of Jeffrey S. Mutnick
737 SW Vista Avenue
Portland, OR 97205
503-595-1033

*Attorneys for Plaintiff*

PAGE 2 – STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT USNR, LLC

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97204
TELEPHONE: (503) 228-3200

## ORDER OF DISMISSAL

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court, upon Stipulated Motion between Plaintiff and Defendant USNR, LLC, individually and alleged as successor-in-interest to The Coe Manufacturing Company,, through their respective and duly authorized counsel of record, and the Court having been fully advised and finding no reason for delay, it is now, therefore,

ORDERED, ADJUDGED, and DECREED that Plaintiff's claims and causes of action against Defendant USNR, LLC, individually and alleged as successor-in-interest to The Coe Manufacturing Company, are DISMISSED with prejudice and without costs to either party.

DATED this __23rd__ day of __February__, 2023.

    s/Michael J. McShane
HON. MICHAEL J. MCSHANE
UNITED STATES DISTRICT JUDGE

PAGE 3 – STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT USNR, LLC

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97204
TELEPHONE: (503) 228-3200

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused to be served a copy of the foregoing STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE upon all counsel of record via the Court's CM/ECF electronic service system.

DATED February 16, 2023.

                                        *s/ Elizabeth H. White*
                                        Elizabeth H. White OSB#204729

PAGE 1 – CERTIFICATE OF SERVICE

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97204
TELEPHONE: (503) 228-3200