N THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAMELA GALE SHELDON, individually and as Personal Representative of the Estate of BILL JACK SHELDON,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEAVER-BROOKS, INC., f/k/a AQUA-CHEM, INC. d/b/a CLEAVER-BROOKS DIVISION; USNR, LLC, as successor-in-interest to THE COE MANUFACTURING COMPANY; and WELLONS, INC.,<br><br>    Defendant. | Civ. No. 1:19-cv-01443-MC<br><br>JUDGMENT |

MCSHANE, Judge:

    Based on the record, this action is dismissed with prejudice and without payment of fees or costs to either party.

IT IS SO ORDERED.

    DATED this 23rd day of February, 2023.

                                                     /s/ Michael J. McShane_____
                                                         Michael McShane
                                                 United States District Judge